# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                      **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                    **GREENBELT, MARYLAND 20770**
                                                                                                        **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:       Judge Roger W. Titus

RE:          *AbbVie Inc. et al. v. MedImmune, LLC*
                   Civil No. RWT-16-1129

DATE:       June 14, 2016

\* \* \* \* \* \* \* \* \*

       Per Local Rule 802, an in-court status conference is **hereby scheduled for June 21, 2016 at 2:00 p.m.** The parties are directed to review the Model Order governing e-discovery for patent cases and consider its possible applicability to the present case (see Exhibit A) and the attached Draft Scheduling Order for Patent Cases (see Exhibit B) prior to the scheduling conference.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                          /s/
                                        Roger W. Titus
                                        United States District Judge